**Dismissed and Memorandum Opinion filed July 18, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00477-CV

## CHRISTOPHER BRANCH, Appellant

### V.

## FORT BEND COUNTY, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-253619**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 16, 2019. The notice of appeal was filed June 14, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (West 2013).

On June 25, 2019, this court ordered appellant to pay the appellate filing fee on or before July 5, 2019, or the appeal would be dismissed. Appellant has not paid

the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Wise, Jewell, and Hassan.